1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA HILLMAN, Bar No. 208599
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA 94501-1091
   Telephone: (510) 337-1001
5  Facsimile: (510) 337-1023

6  Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

ROBERT ALVARADO, in his capacity as ) No.   C 05 01670 JSW
Trustee of the CARPENTERS HEALTH AND )
WELFARE TRUST FUND FOR CALIFORNIA; )
CARPENTERS VACATION-HOLIDAY TRUST )
FUND FOR NORTHERN CALIFORNIA;      ) **EX PARTE APPLICATION FOR**
CARPENTERS PENSION TRUST FUND FOR  ) **CONTINUANCE OF CASE**
NORTHERN CALIFORNIA; and           ) **MANAGEMENT CONFERENCE;**
CARPENTERS TRAINING TRUST FUND FOR ) **(PROPOSED) ORDER**
NORTHERN CALIFORNIA, and           )
CARPENTERS 46 NORTHERN CALIFORNIA  )
COUNTIES CONFERENCE BOARD for itself )
and on behalf of NORTHERN CALIFORNIA )
CARPENTERS REGIONAL COUNCIL and    )
MILLMEN AND INDUSTRIAL CARPENTERS  )
LOCAL UNION #262                   )
                                   )
            Plaintiffs,            )
                                   )
     v.                            )
                                   )
BEAVER LUMBER COMPANY, A California )
Corporation,                       )
                                   )
            Defendants.            )
_____)

TO: THE CLERK OF THE COURT AND DEFENDANT BEAVER LUMBER COMPANY, a California Corporation:

Pursuant to Civil Local Rule 7-10(b), Plaintiffs hereby request that the initial case management conference scheduled for July 29, 2005 be continued for 60 days.

Despite previous attempts, Plaintiffs were only able to serve Defendant yesterday, July 21,

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

1  2005. Accordingly, Defendants have not answered or responded to the Complaint. Plaintiffs
2  request that the Case Management Conference be continued for 60 days so that Plaintiffs may
3  attempt to locate Defendant and serve them with the Complaint.
4      The above stated facts are set forth in the accompanying declaration of Concepción E.
5  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,
6  filed herewith.

7  
8  Dated: July 22, 2005
    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

10  
11  By: _____/s/_____
    CONCEPCIÓN E. LOZANO-BATISTA

13  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

14  Based upon the foregoing Ex Parte Application for Continuance of Case Management
15  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to
16  Continue Case Management Conference, the Court orders ~~a continuance of~~ the case management
17  conference is CONTINUED to October 28, 2005 at 1:30 p.m. ~~for 60 days, or as soon thereafter as a court date is available. In addition, the Court~~
18  ~~Orders:~~

19  Dated: July 26, 2005     /s/ Jeffrey S. White
    HONORABLE JEFFREY S. WHITE
20      JUDGE OF THE DISTRICT COURT

21  108812/390069

Ex Parte Application for Continuance of Case Management Conference; ~~(Proposed)~~ Order
Case No. 05 01670 JSW

WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001